NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABDULA L. JACKSON,**
*Petitioner,*

**v.**

**GOVERNMENT PRINTING OFFICE,**
*Respondent.*

---

2012-3198

---

Petition for review of the Merit Systems Protection Board in No. DC0752120075-I-1.

---

## JUDGMENT

---

JOSEPH M. HANNON, JR., Hannon Law Group, of Washington, DC, argued for petitioner. With him on the brief was DANIEL S. CROWLEY.

JOSHUA E. KURLAND, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DEBORAH A. BYNUM, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 10, 2013      /s/ Daniel E. O'Toole
Date      Daniel E. O'Toole
Clerk